**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6032**

---

REGINALD EUGENE HAYDEN,

Plaintiff - Appellant,

versus

BARBARA F. TAYLOR,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge. (CA-96-956-R)

---

Submitted:  June 12, 1997          Decided:  June 17, 1997

---

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Reginald Eugene Hayden, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a federal inmate, appeals the district court's order denying relief on his Bivens[*] complaint under 28 U.S.C.A. § 1915(A) (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Hayden v. Taylor, No. CA-96-956-R (W.D. Va. Nov. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

2